ENTERED ON DOCKET
12/16/99    PURSUANT

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO  TO FRCP RULES 58 & 79a

---

MARIE ROSE OTERO,
  Plaintiff,

v.

MUNICIPALITY OF SAN JUAN, ET
AL.,
  Defendants.

---

Civil No. 98-2011 (HL)

RECEIVED & FILED
99 DEC 16  PM 4: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

The Court having entered an Opinion and Order on this same date, judgment is

hereby entered dismissing this case.

San Juan, Puerto Rico, December 15, 1999.

HECTOR M. LAFFITTE
Chief U.S. District Judge